In the Matter of the Claim of CHARLES A. WILSON, Respondent, against GENERAL MOTORS CORPORATION, CHEVROLET MOTOR AND AXLE DIVISION, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued May 20, 1948; reargument ordered January 13, 1949.

Reargument ordered, and case set down for reargument during the first week of the next session.